# EXHIBIT A

# CHARGE OF DISCRIMINATION

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy act statement before completing this form. Florida Commission On Human Relations and EEOC State or local Agency, *if any* | [ ] FEPA  [X] EEOC | |

**NAME** (Indicate Mr., Ms., Mrs.) LAURELLYN CIAVARDONE  
**HOME TELEPHONE** (Include Area Code) 978 239 0047

**STREET ADDRESS** 1098 BOUNDARY BLVD.  
**CITY, STATE AND ZIP CODE** ROTONDA WEST, FL 33947  
**DATE OF BIRTH** 12/14/1975

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below)

**NAME** Raytheon Company  
**NUMBER OF EMPLOYEES, MEMBERS** Cat. D  
**TELEPHONE** (Include Area Code): 520-794-3000  
**STREET ADDRESS** 1151 E. Hermans Road  
**CITY, STATE AND ZIP CODE** Tucson, AZ 85756  
**COUNTY** Pima

**NAME** Raytheon Technologies  
**NUMBER OF EMPLOYEES, MEMBERS:**  
**TELEPHONE** (I  
**STREET ADDRESS** 870 Winter St  
**CITY, STATE AND ZIP CODE** Waltham, MA 02541  
**COUNTY** Middlesex

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box (es))

[ ] RACE  [ ] COLOR  [ ] SEX  [X] RELIGION  [ ] NATIONAL ORIGIN  
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER Pregnancy Act  [ ] CONTINUING ACTION

**DATE DISCRIMINATION TOOK PLACE**  
EARLIEST (ADEA/EPA)   LATEST (ALL)  
2/1/2022

**THE PARTICULARS ARE** (If additional space is needed, attach extra sheet(s))

I. **PERSONAL HARM:** A. Respondent subjected me to a mandatory employment requirement which violated my sincerely held religious beliefs. B. Respondent denied my request for religious exemption. C. I was subsequently terminated.

II. **RESPONDENT'S REASON FOR ADVERSE ACTION:**  
A-C. Alleged failure to comply with Respondent's COVID-19 Vaccination Policy.

III. **DISCRIMINATION STATEMENT:** I believe Respondent discriminated against me because of my religion, Christianity, and because I opposed a practice made unlawful under Title VII of the Civil Rights Act of 1964, as amended. The particulars are:

A. On or around February 16, 2015, I began my employment with Respondent as a Data Manager  
B. On or around September 15, 2021, Respondent implemented a mandatory vaccination policy that required all employees receive the COVID-19 vaccine and disclose their vaccination status.  
C. Receiving a COVID 19 vaccination conflicts with my deeply held religious beliefs and practices.  
D. On or around October 15, 2021, I submitted a religious accommodation request through Respondent's online Human Resources portal. On or around December 6, 2021, Respondent responded to my request and stated they would approve my request if I agreed to follow its unvaccinated personnel policy that included a mask requirement and weekly testing.  
E. Beginning on or around January 15, 2022, I continuously attempted to communicate with Human Resources to offer different accommodation options. Respondent ignored and/or denied my requests.  
F. On or around January 26, 2022, Respondent refused my requests for religious exemption and different accommodation options.  
G. On or around February 1, 2022, I was terminated. I believe Respondent's actions were pretext for religion-based discrimination and retaliation.  
H. I believe and therefore allege that but for my religion, Christianity, and but for having engaged in protected conduct, Respondent would not have denied my request for religious exemption and different accommodations, and I would not have been terminated.

[x] I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone Number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

State of Florida  
County of Charlotte to wit:  
I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

/x/ ~~Laurellyn Ciavardone~~    5/20/22  
**SIGNATURE OF COMPLAINANT**    **DATE**

I declare under penalty of perjury that the foregoing is true and correct.

Date: 5/20/2022  Charging Party: [signature]

Sworn to and subscribed to before the undersigned notary  
day of May, 200 2022 20th  
My commission expires: 3/6/25  
Charlene Dorio  
Notary Public

CHARLENE DORIO  
Notary Public - State of Florida  
Commission # HH 083869  
My Comm. Expires Mar 6, 2025

EEOC Form 5 modified

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Miami District Office
100 SE 2nd St, Suite 1500
Miami, FL 33131
(800) 669-4000
Website: www.eeoc.gov

# DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 02/06/2023

**To:** Laurellyn D. Ciavardone
1098 Boundary Blvd
ROTONDA WEST, FL 33947
Charge No: 523-2022-01604

EEOC Representative and email:     PABLO ARUCAS
Investigator
Pablo.Arucas@eeoc.gov

---

## DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 523-2022-01604.

On behalf of the Commission,

Digitally Signed By:Evangeline Hawthorne
02/06/2023

Evangeline Hawthorne
Director

**Cc:**
Amy Bennett
Ogletree Deakins
300 N MERIDIAN ST STE 2700
Indianapolis, IN 46204

Katie Bayt
Ogletree Deakins
300 N MERIDIAN ST STE 2700
Indianapolis, IN 46204

Rachel Burke
Ogletree Deakins
127 PUBLIC SQ STE 4100
Cleveland, OH 44114

Nancy Knox-Bierman
Libra Law
4925 Greenville Ave., #200
Dallas, TX 75206


Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

**IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT**

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

**ATTORNEY REPRESENTATION**

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

**HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS**

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review. Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 523-2022-01604 to the District Director at Evangeline Hawthorne, 100 SE 2nd St Suite 1500

Miami, FL 33131.

You can also make a FOIA request online at https://eeoc.arkcase.com/foia/portal/login.

Enclosure with EEOC Notice of Closure and Rights (01/22)

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to: https://www.eeoc.gov/eeoc/foia/index.cfm.